**Breach of Contract Claims by University Games against Forbidden Games**

**Verdict Form # 1**

**We answer the questions submitted to us as follows:**

1. **Forbidden Games and University Games entered into a contract called the Asset Purchase Agreement or APA. They each claim the other breached this contract. These questions pertain to University Games' claims that Forbidden Games breached the APA. Please go to the next question.**

2. **Did University Games do all, or substantially all, of the significant things that the contract required it to do?**

   **____Yes     ____No**

   **If your answer to question 2 is yes, skip question 3 and answer question 4. If you answered no, answer question 3.**

3. **Was University Games excused from having to do all, or substantially all, of the significant things that the contract required them to do?**

   **____Yes     ____No**

   **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4. **Did all the conditions that were required for Forbidden Games' performance occur?**

   **____Yes     ____No**

   **If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5.**

5. **Were the required conditions that did not occur excused/waived?**

   **____Yes     ____No**

   **If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6. **Did Forbidden Games fail to do something that the contract required it to do?**

   **____Yes     ____No**

**Verdict Form # 1**

**If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

7.  **Was University Games harmed by Forbidden Games' breach of contract?**

   **_____Yes    _____No**

**If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

8.  **What are University Games' damages?**

   a.  **Past economic loss:**                    $_____]

   b.  **Future economic loss:**                  $_____]

                                    **TOTAL   $_____**

**Signed: _____**
                **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

**Breach of Contract Claims by Forbidden Games against University Games**

**Verdict Form # 2**

**We answer the questions submitted to us as follows:**

1.  **Forbidden Games and University Games entered into a contract called the Asset Purchase Agreement or APA. They each claim the other breached this contract. These questions pertain to Forbidden Games' claims that University Games breached the APA. Please go to the next question.**

2.  **Did Forbidden Games do all, or substantially all, of the significant things that the contract required it to do?**

    **____Yes   ____No**

    **If your answer to question 2 is yes, skip question 3 and answer question 4. If you answered no, answer question 3.**

3.  **Was Forbidden Games excused from having to do all, or substantially all, of the significant things that the contract required it to do?**

    **____Yes   ____No**

    **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4.  **Did all the conditions that were required for University Game's performance occur?**

    **____Yes   ____No**

    **If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5.**

5.  **Were the required conditions that did not occur excused/waived?**

    **____Yes   ____No**

    **If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6.  **Did University Games fail to do something that the contract required it to do?**

**Verdict Form # 2**

____Yes    ____No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7.    **Was Forbidden Games harmed by University Games' breach of contract?**

____Yes    ____No

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8.    **What are Forbidden Games' damages?**

a.    **Past economic loss:**                              $_____

b.    **Future economic loss:**                          $_____

**TOTAL    $_____**

Signed: _____
                    **Presiding Juror**

Dated: _____

After all verdict forms have been signed, notify the clerk.

**Breach of Implied Covenant of Good Faith and Fair Dealing Claims by Forbidden Games against University Games**

**Verdict Form # 3**

**We answer the questions submitted to us as follows:**

1. **Forbidden Games and University Games agree that they entered into a contract called the Asset Purchase Agreement or APA.  These questions pertain to Forbidden Games' claims that University Games breached the implied covenant of good faith and fair dealing of the APA.  Please go to the next question.**

2. **Did Forbidden Games do all, or substantially all, of the significant things that the contract required it to do?**

   **____Yes    ____No**

   **If your answer to question 2 is yes, skip question 3 and answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **Was Forbidden Games excused from having to do all, or substantially all, of the significant things that the contract required it to do?**

   **____Yes    ____No**

   **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4. **Did all the conditions that were required for University Games' performance occur?**

   **____Yes    ____No**

   **If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5.**

5. **Were the required conditions that did not occur excused or waived?**

   **____Yes    ____No**

   **If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6. **Did University Games prevent Forbidden Games from receiving full benefits under the APA?**

**Verdict Form # 3**

_____Yes     _____No

**If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

7.   **In preventing Forbidden Games from receiving full benefits under the APA, did University Games fail to act fairly and in good faith?**

_____Yes     _____No

**If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

8.   **Was Forbidden Games harmed by University Games' conduct?**

_____Yes     _____No

**If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

9.   **What are Forbidden Games' damages?**

a.   **Past economic loss:**            $_____]

b.   **Future economic loss:**          $_____]

**TOTAL   $_____**

**Signed: _____**
                    **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

**Breach of Contract Claims by Drover against University Games**

**Verdict Form # 4**

**We answer the questions submitted to us as follows:**

1. **Did Glenn Drover and University Games enter into an oral contract for University Games to pay Drover $70,000 in addition to his salary in exchange for the development of the Faeries strategy board game?**

   **_____Yes    _____No**

   **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2. **Did Glenn Drover do all, or substantially all, of the significant things that the contract required him to do?**

   **_____Yes    _____No**

   **If your answer to question 2 is yes, answer question 4. If you answered no, answer no further questions.**

   3. **Was Mr. Drover excused from having to do all, or substantially all, of the significant things that the contract required him to do?**

   **_____Yes    _____No**

4. **Did all the conditions that were required for University Games' performance occur?**

   **_____Yes    _____No**

   **If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5.**

5. **Were the required conditions that did not occur excused or waived?**

   **_____Yes    _____No**

   **If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

SMRH:4905-9235-9745.4
44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Verdict Form # 4**

6.   **Did University Games fail to do something that the contract required it to do?**

   **_____Yes    _____No**

   **If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

7.   **Was Glenn Drover harmed by University Games' breach of contract?**

   **_____Yes    _____No**

   **If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

8.   **What are Glenn Drover's damages?**


   **TOTAL   $_____**

**Signed: _____**
            **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

**Intentional Misrepresentation Claim By University Games against Forbidden Games**

**Verdict Form # 5**

**We answer the questions submitted to us as follows:**

1. **Did Forbidden Games make a false representation of a fact to University Games?**

   **____Yes   ____No**

   **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2. **Did Forbidden Games know that the representation was false, or did it make the representation recklessly and without regard for its truth?**

   **____Yes   ____No**

   **If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **Did Forbidden Games intend that University Games rely on the representation?**

   **____Yes   ____No**

   **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4. **Did University Games reasonably rely on the representation?**

   **____Yes   ____No**

   **If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5. **Was University Games' reliance on Forbidden Games' representation a substantial factor in causing harm to University Games?**

   **____Yes   ____No**

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Verdict Form # 5**

**If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6.    **What are University Games' damages?**

**TOTAL    $**_____

**Signed:** _____
                    **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the clerk.**

---

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Intentional Misrepresentation Claim by University Games against Drover**

**Verdict Form # 6**

**We answer the questions submitted to us as follows:**

1.  **Did Glenn Drover make a false representation of a fact to University Games?**

    **_____Yes    _____No**

    **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2.  **Did Glenn Drover know that the representation was false, or did he make the representation recklessly and without regard for its truth?**

    **_____Yes    _____No**

    **If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3.  **Did Glenn Drover intend that University Games rely on the representation?**

    **_____Yes    _____No**

    **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4.  **Did University Games reasonably rely on the representation?**

    **_____Yes    _____No**

    **If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5.  **Was University Games' reliance on Glenn Drover's representation a substantial factor in causing harm to University Games?**

    **_____Yes    _____No**

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Verdict Form # 6**

**If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6.    **What are University Games' damages?**

**TOTAL    $**_____

**Signed:** _____
                    **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the clerk.**

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Concealment Claim by University Games against Drover**

**Verdict Form # 7**

**We answer the questions submitted to us as follows:**

1. **Did Glenn Drover intentionally fail to disclose a fact that University Games did not know and could not reasonably have discovered?**

   **____Yes    ____No**

   **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2. **Did Glenn Drover intend to deceive University Games by concealing the fact?**

   **____Yes    ____No**

   **If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **Had the omitted information been disclosed, would University Games reasonably have behaved differently?**

   **____Yes    ____No**

   **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4. **Was Glenn Drover's concealment a substantial factor in causing harm to University Games?**

   **____Yes    ____No**

   **If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5. **What are University Games' damages?**

SMRH:4905-9235-9745.4
44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Verdict Form # 7**

**TOTAL    $**_____

**Signed:** _____
                    **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the clerk.**

---

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**False Promise by University Games against Drover**

**Verdict Form # 8**

**We answer the questions submitted to us as follows:**

1.  **Did Glenn Drover make a promise to University Games?**

    **____Yes    ____No**

    **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2.  **Did Glenn Drover intend to perform this promise when he made it?**

    **____Yes    ____No**

    **If your answer to question 2 is no, then answer question 3. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3.  **Did Glenn Drover intend that University Games rely on this promise?**

    **____Yes    ____No**

    **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4.  **Did University Games reasonably rely on this promise?**

    **____Yes    ____No**

    **If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5.  **Did Glenn Drover perform the promised act?**

    **____Yes    ____No**

    **If your answer to question 5 is no, then answer question 6. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.**

**Verdict Form # 8**

6.    **Was University Games' reliance on Glenn Drover's promise a substantial factor in causing harm to University Games?**

     **_____ Yes _____ No**

     **If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

7.    **What are University Games' damages?**

                                                    **TOTAL    $_____**

**Signed: _____**
                        **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

_____

**False Promise Claim by Forbidden Games against University Games, Moog, and Hendrickson**

**Verdict Form # 9**

**We answer the questions submitted to us as follows:**

1. **Did University Games, Moog, or Hendrickson make a promise to Forbidden Games?**

   **University Games:** ____Yes   ____No

   **Moog:**              ____Yes   ____No

   **Hendrickson:**       ____Yes   ____No

   **If your answer to question 1 is yes for any of the three, then answer question 2. If you answered no for any of the three, stop here, and answer no further questions about that party.  If you answered no for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2. **Did the person intend to perform this promise when he made it?**

   **University Games:** ____Yes   ____No

   **Moog:**              ____Yes   ____No

   **Hendrickson:**       ____Yes   ____No

   **If your answer to question 2 is no for any of the three, then answer question 3. If you answered yes for any of the three, stop here, and answer no further questions about that party.  If you answered yes for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **Did the person intend that Forbidden Games rely on this promise?**

   **University Games:** ____Yes   ____No

   **Moog:**              ____Yes   ____No

   **Hendrickson:**       ____Yes   ____No

   **If your answer to question 3 is yes for any of the three, then answer question 4. If you answered no for any of the three, stop here, and answer**

SMRH:4905-9235-9745.4
44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Verdict Form # 9**

no further questions about that party.  If you answered no for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.  **Did Forbidden Games reasonably rely on the promise made by the person?**

University Games:          ____Yes    ____No

Moog:                             ____Yes    ____No

Hendrickson:                 ____Yes    ____No

**If your answer to question 4 is yes for any of the three, then answer question 5. If you answered no for any of the three, stop here, and answer no further questions about that party.  If you answered no for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5.  **Did the person who made the promise perform the promised act?**

University Games:          ____Yes    ____No

Moog:                             ____Yes    ____No

Hendrickson:                 ____Yes    ____No

**If your answer to question 5 is no for any of the three, then answer question 6. If you answered yes for any of the three, stop here, and answer no further questions about that party.  If you answered yes for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6.  **Was Forbidden Games' reliance on the person's promise a substantial factor in causing harm to Forbidden Games?**

University Games:          ____Yes    ____No

Moog:                             ____Yes    ____No

Hendrickson:                 ____Yes    ____No

**If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

7.  **What are Forbidden Games' damages?**

**Verdict Form # 9**

**University Games:**    **TOTAL**    $\$_____$

**Moog:**    **TOTAL**    $\$_____$

**Hendrickson:**    **TOTAL**    $\$_____$


**Signed:** _____
              **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the clerk.**

**False Promise Claim by Drover against University Games, Moog, and Hendrickson**

**Verdict Form # 10**

**We answer the questions submitted to us as follows:**

1. **Did University Games, Moog, or Hendrickson make a promise to Drover?**

   **University Games:    ____Yes    ____No**

   **Moog:                      ____Yes    ____No**

   **Hendrickson:            ____Yes    ____No**

   **If your answer to question 1 is yes for any of the three, then answer question 2. If you answered no for any of the three, stop here, and answer no further questions about that party.  If you answered no for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2. **Did the person intend to perform this promise when he made it?**

   **University Games:       ____Yes    ____No**

   **Moog:                         ____Yes    ____No**

   **Hendrickson:               ____Yes    ____No**

   **If your answer to question 2 is no for any of the three, then answer question 3. If you answered yes for any of the three, stop here, and answer no further questions about that party.  If you answered yes for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **Did the person intend that Drover rely on this promise?**

   **University Games:    ____Yes    ____No**

   **Moog:                      ____Yes    ____No**

   **Hendrickson:            ____Yes    ____No**

   **If your answer to question 3 is yes for any of the three, then answer question 4. If you answered no for any of the three, stop here, and answer no further questions about that party.  If you answered no for all three,**

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Verdict Form # 10**

stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Did Drover reasonably rely on the promise made by the person?**

   University Games:        ____Yes    ____No

   Moog:                    ____Yes    ____No

   Hendrickson:             ____Yes    ____No

   If your answer to question 4 is yes for any of the three, then answer question 5. If you answered no for any of the three, stop here, and answer no further questions about that party.  If you answered no for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Did the person who made the promise perform the promised act?**

   University Games:        ____Yes    ____No

   Moog:                    ____Yes    ____No

   Hendrickson:             ____Yes    ____No

   If your answer to question 5 is no for any of the three, then answer question 6. If you answered yes for any of the three, stop here, and answer no further questions about that party.  If you answered yes for all three, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. **Was Drover's reliance on the person's promise a substantial factor in causing harm to Drover?**

   University Games:        ____Yes    ____No

   Moog:                    ____Yes    ____No

   Hendrickson:             ____Yes    ____No

   If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. **What are Drover's damages?**

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Verdict Form # 10**

**University Games:**     **TOTAL**     **$**_____

**Moog:**     **TOTAL**     **$**_____

**Hendrickson:**     **TOTAL**     **$**_____

**Signed:** _____
                    **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the clerk.**

SMRH:4905-9235-9745.4

44205\20353976.144205\20260712.144205\20260625.144205\20260235.1

**Labor Code 1102.5 Claim by Drover against University Games**

**Verdict Form # 11**

**We answer the questions submitted to us as follows:**

1.   **Did Glenn Drover disclose, or did University Games believe that Glenn Drover had disclosed or might disclose, to a person with authority over Glenn Drover, or an employee with authority to investigate, discover, or correct legal violations or noncompliance, that:**

**(a) University Games was abusing or mistreating women in the company;**

   **_____ Yes    _____ No**

**(b) University Games was violating federal postal rules regarding the use of USPS Media Mail;**

   **_____ Yes    _____ No**

**(c) University Games was fraudulently buying back games from Target in connection with the _Raccoon Tycoon_ game,**

   **_____ Yes    _____ No**

**(d) University Games failed to timely pay University Games' workers.**

   **_____ Yes    _____ No**

   **Proceed to Question 2**

2.   **Did Glenn Drover refuse to participate in:**

**(a) University Games' discriminatory or harassing conduct in the workplace;**

   **_____ Yes    _____ No**

**(b) University Games' use of USPS Media Mail,**

   **_____ Yes    _____ No**

**(c) University Games' buybacks from Target in connection with the _Raccoon Tycoon_ game,**

   **_____ Yes    _____ No**

(d) University Games' failure to timely pay University Games' workers.

**____ Yes    ____ No**

**If your answer to any of the subparts of questions 1 or 2 is yes, then answer question 3. If you answered no to all of the subparts of questions 1 and 2, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3a.  **For any of the subparts of question 1 that you answered yes, did Glenn Drover have reasonable cause to believe that the information disclosed a violation of a state or federal statute, or a violation of or noncompliance with a local, state, or federal rule or regulation?**

**____ Yes    ____ No**

3b.  **For any of the subparts of question 2 that you answered yes, would Glenn Drover's participation result in a violation of a state or federal statute, or a violation of or noncompliance with a local, state, or federal rule or regulation?**

**____ Yes    ____ No**

**If your answer to any part of question 3 is yes, then answer question 4. If you answered no to both 3a, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4a.  **Did University Games constructively discharge Glenn Drover?**

**____ Yes    ____ No**

4b.  **Did University Games subject Glenn Drover to any adverse employment action?**

**____ Yes    ____ No**

**If your answer to question 4a or 4b is yes, then answer question 5. If you answered no to both question 4a and 4b, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5.  **For any of the subparts of questions 1 and 2 to which you answered yes in question 3, was Glenn Drover's disclosure or refusal to participate, or**

University Games' belief that he had disclosed or might disclose such information, a contributing factor in University Games' decision to constructively discharge Glenn Drover, or engage in other adverse employment action against him?

**____ Yes    ____ No**

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.    **What are Glenn Drover's damages?**
   a. **Past economic loss**

      lost earnings                                      $_____

      lost profits                                        $_____

      other past economic loss                $_____

                **Total Past Economic Damages:**    $_____

   b. **Future economic loss**

      lost earnings                                      $_____

      lost profits                                        $_____

      other future economic loss              $_____

             **Total Future Economic Damages:**    $_____

   c.    **Past noneconomic loss, including physical pain/mental suffering:**    $_____

   d.    **Future noneconomic loss, including physical pain/mental suffering:**    $_____

                       **TOTAL**    $_____

**Signed: _____**
                 **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

**Constructive Discharge in Violation of Public Policy—Plaintiff Required to Endure Intolerable Conditions For Improper Purpose that Violates Public Policy**

**Drover claim against University Games**

**Verdict Form # 12**

**We answer the questions submitted to us as follows:**

1. **Was Glenn Drover subjected to working conditions that violated public policy, in that he was treated intolerably in retaliation for:**

   **(i) opposing actual, or what Glenn Drover reasonably perceived to be, discrimination towards women or severe or harassing conduct in the work environment that a reasonable person would consider to be hostile, intimidating, offensive, oppressive or abusive towards women; or**

   **(ii) disclosing information of, or refusing to participate in, any act that was actually unlawful, or reasonably perceived by Glenn Drover to be unlawful?**

   **_____ Yes    _____ No**

   **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2. **Did University Games intentionally create or knowingly permit these working conditions for Glenn Drover?**

   **_____ Yes    _____ No**

   **If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **Were these working conditions so intolerable that a reasonable person in Glenn Drover's position would have had no reasonable alternative except to resign?**

   **_____ Yes    _____ No**

   **If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4. **Did Glenn Drover resign because of these working conditions?**

**_____ Yes     _____ No**

**If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5.   **Were the working conditions a substantial factor in causing harm to Glenn Drover?**

**_____ Yes     _____ No**

**If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6.   **What are Glenn Drover's damages?**

a.   **Past economic loss**

lost earnings                                              $_____

lost profits                                                 $_____

other past economic loss                        $_____

**Total Past Economic Damages:**   $_____

b.   **Future economic loss**

lost earnings                                              $_____

lost profits                                                 $_____

other future economic loss                     $_____

**Total Future Economic Damages:**  $_____

c.   **Past noneconomic loss, including [physical pain/mental suffering:]**                     $_____

d.   **Future noneconomic loss, including [physical pain/mental suffering:]**                     $_____

**TOTAL**   $_____

**Signed: _____**
                      **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

---

**Punitive Damages by Drover against Moog**


**Verdict Form # 13**


**We answer the questions submitted to us as follows:**

**If you found Bob Moog liable for damages on Verdict Form # 9 or #10, please answer the following questions:**

    1.    **Do you find by clear and convincing evidence that he engaged in the conduct with malice, oppression, or fraud?**

        **_____ Yes    _____ No**

        **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

    2.    **What amount of punitive damages, if any, do you award against Bob Moog?**    **$_____**

**Signed:  _____**
                **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

_____

**VF-3900. Punitive Damages by Drover against Hendrickson**

**Verdict Form # 14**

**We answer the questions submitted to us as follows:**

**If you found Craig Hendrickson liable for damages on Verdict Form # 9 or # 10, please answer the following questions:**

1. **Do you find by clear and convincing evidence that he engaged in the conduct with malice, oppression, or fraud?**

   **_____ Yes    _____ No**

   **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **What amount of punitive damages, if any, do you award against Craig Hendrickson?**                     **$_____**

**Signed: _____**
             **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

---

**VF-3902. Punitive Damages—Entity Defendant by Drover Against University Games**

**Verdict Form # 15**

**We answer the questions submitted to us as follows:**

**If you found University Games liable for damages on Verdict Forms # 9, # 10, # 11, or # 12, please answer the following questions with respect to that conduct:**

1. **Do you find by clear and convincing evidence that University Games engaged in the conduct with malice, oppression, or fraud?**

   **_____ Yes   _____ No**

   **If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2. **Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of University Games acting on behalf of University Games?**

   **_____Yes   _____No**

   **If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. **What amount of punitive damages, if any, do you award against University Games?**                 **$_____**

**Signed: _____**
                              **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the clerk.**

_____