UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNIVERSITY GAMES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORBIDDEN GAMES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-05583-LB<br><br>**FINAL JURY INSTRUCTIONS AND VERDICT FORMS** |

The attached are the final jury instructions and verdict forms.

**IT IS SO ORDERED.**

Dated: May 11, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 23-cv-05583-LB