Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Thomas J. Pardini (State Bar No. 313401)
tpardini@fbm.com
MaryJo Lopez-Oneal (State Bar No. 337163)
mlopezoneal@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for UNIVERSITY GAMES
CORPORATION, ROBERT MOOG, and
CRAIG HENDRICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY GAMES CORPORATION, | Case No. 3:23-cv-05583 LB |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | The Honorable Laurel Beeler |
| FORBIDDEN GAMES, INC. and GLENN DROVER, | |
| Defendants. | |
| FORBIDDEN GAMES, INC., an Illinois corporation; and GLENN DROVER, an individual and citizen of Illinois, | Case No. 3:23-cv-05621-LB (CONSOLIDATED) |
| Plaintiffs, | |
| vs. | |
| UNIVERSITY GAMES CORPORATION, a California corporation; ROBERT MOOG, an individual and citizen of California; and CRAIG HENDRICKSON, an individual and citizen of California, | |
| Defendants. | |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STATUS REPORT

44205\20414398.1

1. Pursuant to Dkt. 247, this Joint Status Report is filed by University Games Corporation, Robert Moog, and Craig Hendrickson ("UG Parties"), and Forbidden Games, Inc. and Glenn Drover ("FG Parties") (collectively, the "Parties").

The Parties have reached a settlement in principle that will be a full and final settlement of all claims. They have exchanged drafts of the settlement agreement but have not resolved the final terms or language. In addition, the Parties are working together to obtain information from third party Mailchimp regarding the status of the Forbidden Games customer list, which will facilitate and simplify the finalization of the settlement agreement. After the settlement agreement is finalized and executed, the Parties intend to file a joint stipulation of dismissal that will fully resolve this case.

The Parties jointly request a stay of any outstanding deadlines as they work to finalize the settlement agreement. The Parties will report again on the settlement's status ten days from the date of this Joint Status Report.

Dated:  June 5, 2025

FARELLA BRAUN + MARTEL LLP

By: _____*/s/ Thomas B. Mayhew*_____
    Thomas B. Mayhew
    Thomas J. Pardini

Attorneys for University Games Corporation, Robert Moog, and Craig Hendrickson

Dated:  June 5, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____*/s/ Christopher Van Gundy*_____
    Christopher Van Gundy
    Babak Yousefzadeh

Attorneys for Forbidden Games, Inc. and Glenn Drover

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 5, 2025                     FARELLA BRAUN + MARTEL LLP


By:  ⎯⎯⎯⎯*/s/ Thomas B. Mayhew*⎯⎯⎯⎯
              Thomas B. Mayhew

Attorneys for University Games Corporation, Robert Moog, and Craig Hendrickson