```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
 2     Including Professional Corporations
    CHRISTOPHER VAN GUNDY, Cal Bar No. 152359
 3  BABAK YOUSEFZADEH, Cal Bar No. 235974
    HEATHER LANYI, Cal Bar No. 341790
 4  JULIA C. ANDERSON, Cal Bar No. 353164
    Four Embarcadero Center, 17th Floor
 5  San Francisco, California 94111-4109
    Telephone:    415.434.9100
 6  Email:        cvangundy@sheppardmullin.com
                  byousefzadeh@sheppardmullin.com
 7                hlanyi@sheppardmullin.com
                  juanderson@sheppardmullin.com
 8
    Attorneys for
 9  FORBIDDEN GAMES, INC. and GLENN DROVER
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY GAMES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FORBIDDEN GAMES, INC., and GLENN DROVER,<br><br>Defendants. | Case No. 3:23-cv-05583-LB<br><br>The Honorable Laurel Beeler<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>Date:    August 28, 2025<br>Time:   11:00 a.m.<br>Dept:   15th Floor, Ctrm. B, 450 Golden Gate Ave<br><br>Action Filed:    October 30, 2023<br>Trial Date:      April 21, 2025 |
| FORBIDDEN GAMES, INC., an Illinois corporation; and GLENN DROVER, an individual and citizen of Illinois,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY GAMES CORPORATION, a California corporation; ROBERT MOOG, an individual and citizen of California; and CRAIG HENDRICKSON, an individual and citizen of California,<br><br>Defendants. | Case No. 3:23-cv-05621-LB<br><br>(CONSOLIDATED) |

SMRH:4916-4051-9520.1

Case No. 3:23-cv-05583-LB
JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

The Parties to the above-entitled action jointly submit this updated JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9 and light of the Court's July 10, 2025 minute order setting the next Case Management Conference for August 28, 2025 at 11:00 via Zoom. The Parties respectfully refer the Court to prior case management conference statements for the basic facts and contentions of this case.

The Parties have met and conferred regarding the further case management conference statement and report as follows:

The Parties have exchanged several versions of a written settlement agreement to settle fully and finally all claims between them, and which would also lead to the dismissal with prejudice of all claims in the case. They anticipate that they will be able to finalize the agreement soon, and jointly request that the Court continue the CMC for 30 days.

Dated: August 21, 2025         FARELLA BRAUN + MARTEL LLP

                               By      */s/ Tom Mayhew*
                                       THOMAS B. MAYHEW
                                       THOMAS J. PARDINI
                                       Attorneys for
                                       UNIVERSITY GAMES CORPORATION

Dated: August 21, 2025         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By      */s/ Christopher Van Gundy*
                                       CHRISTOPHER VAN GUNDY
                                       BABAK YOUSEFZADEH
                                       JULIA C. ANDERSON
                                       HEATHER R. LANYI
                                       Attorneys for Defendants
                                       FORBIDDEN GAMES, INC. and GLENN DROVER

## ATTESTATION

Pursuant to Local Rule 5.1(i)(3), Christopher Van Gundy hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.

By: */s/ Christopher Van Gundy*
    Christopher Van Gundy

**[PROPOSED] CASE MANAGEMENT ORDER**

This Case Management Conference is continued until Thursday, September __, 2025 at 11:00 a.m. via Zoom, unless the case is dismissed before then.

IT IS SO ORDERED.

Dated:

_____
UNITED STATES MAGISTRATE JUDGE