1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
   CHRISTOPHER VAN GUNDY, Cal Bar No. 152359
3  BABAK YOUSEFZADEH, Cal Bar No. 235974
   HEATHER LANYI, Cal Bar No. 341790
4  JULIA C. ANDERSON, Cal Bar No. 353164
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Email:        cvangundy@sheppardmullin.com
                 byousefzadeh@sheppardmullin.com
7                hlanyi@sheppardmullin.com
                 juanderson@sheppardmullin.com
8
   Attorneys for
9  FORBIDDEN GAMES, INC. and GLENN DROVER

10              **IN THE UNITED STATES DISTRICT COURT**

11             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                       **SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNIVERSITY GAMES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FORBIDDEN GAMES, INC., and GLENN DROVER,<br><br>Defendants. | Case No. 3:23-cv-05583-LB<br><br>The Honorable Laurel Beeler<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>Date:  October 2, 2025<br>Time:  11:00 a.m.<br>Dept:  15th Floor, Ctrm. B, 450 Golden Gate Ave<br><br>Action Filed:    October 30, 2023<br>Trial Date:      April 21, 2025 |
| FORBIDDEN GAMES, INC., an Illinois corporation; and GLENN DROVER, an individual and citizen of Illinois,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY GAMES CORPORATION, a California corporation; ROBERT MOOG, an individual and citizen of California; and CRAIG HENDRICKSON, an individual and citizen of California,<br><br>Defendants. | Case No. 3:23-cv-05621-LB<br><br>(CONSOLIDATED) |

The Parties to the above-entitled action jointly submit this updated JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9 and light of the Court's August 28, 2025 minute order setting the next Case Management Conference for October 2, 2025 at 11:00 via Zoom.  The Parties respectfully refer the Court to prior case management conference statements for the basic facts and contentions of this case.

The Parties have met and conferred regarding the further case management conference statement and report as follows:

The parties have prepared final documents to settle the case and these documents have been circulated for signature this week.  In light of this, the parties respectfully request that the Case Management Conference set for October 2, 2025 be vacated.  Once the settlement is executed, the parties will file a joint request for dismissal.

Dated:  September 25, 2025         FARELLA BRAUN + MARTEL LLP

                                    By    */s/ Tom Mayhew*
                                          THOMAS B. MAYHEW
                                          Attorney for
                                          UNIVERSITY GAMES CORPORATION, ROBERT MOOG, and CRAIG HENDRICKSON

Dated:  September 25, 2025         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    By    */s/ Christopher Van Gundy*
                                          CHRISTOPHER VAN GUNDY
                                          BABAK YOUSEFZADEH
                                          Attorneys for
                                          FORBIDDEN GAMES, INC. and GLENN DROVER

**ATTESTATION**

Pursuant to Local Rule 5.1(i)(3), Christopher Van Gundy hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.

                                    By: */s/ Christopher Van Gundy*
                                        Christopher Van Gundy

1 **[PROPOSED] CASE MANAGEMENT ORDER**

2 The Case Management Conference currently scheduled for October 2, 2025 IS HEREBY

3 VACATED until further order of the Court, if necessary.

4 IT IS SO ORDERED.

5 Dated:

6

7 _____
UNITED STATES MAGISTRATE JUDGE